AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Georgia

| | |
|---|---|
| United States of America<br>v.<br>ROBERT J. SHUBERT, SR.<br>*Defendant* | Case No. 5:13-CR-00050-MTT<br>1320 0711 2171 J<br>Fid #9280176 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* ROBERT J. SHUBERT, SR.,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to violate AECA and defraud the United States; Violation of the Arms Export Control Act; Conspiracy to Commit Money Laundering

Date: 07/11/13

City and state: Macon, Georgia

s/ Charlene A. Lunsford
*Issuing officer's signature*

Charlene A. Lunsford, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 07.11.2013, and the person was arrested on *(date)* 08.17.2013
at *(city and state)* WARNER ROBINS, GA.

Date: 08/19.2013

*Arresting officer's signature*

Robert M. Gibbs / Special Agent
*Printed name and title*