IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

RECEIVED
CLERK'S OFFICE

2014 OCT 10 PM 2:59

U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA

UNITED STATES OF AMERICA      :
                              :
vs.                           :      CRIMINAL NO. 5:13-CR-50 (MTT)
                              :
ROBERT J. SHUBERT, SR.        :
_____:

## MOTION TO UNSEAL

COMES NOW the United States of America, by and through its attorney, the United States Attorney for the Middle District of Georgia, and makes this its Motion to Unseal as follows:

1.

The Defendant Robert J. Shubert, Sr. was indicted on August 13, 2013, on multiple counts involving violations of the Arms Export Control Act, herein after AECA. The government moved to seal the indictment due to the sensitive nature of information contained therein and to protect an ongoing investigation in this district as well as other districts within the United States of America.

2.

The Government respectfully requests the Court to unseal the indictment and proceedings prior to the sentence date of October 15, 2014, and asserts no further need to the proceedings to be under seal.

Respectfully submitted, this 10th day of October, 2014.

                MICHAEL J. MOORE
                UNITED STATES ATTORNEY

BY: /s/ Tamara A. Jarrett
      TAMARA A. JARRETT
      Georgia Bar Number 389629
      Assistant United States Attorney
      United States Attorney's Office
      Middle District of Georgia
      P.O. Box 1702
      Macon, Georgia   31202-1702
      Telephone:   (478) 752-3511
      Fax:   (478) 621-2655
      Email:   tamara.jarrett@usdoj.gov