IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO. 5:13-CR-50(MTT) |
| ROBERT J. SHUBERT, SR | : |

Filed at __10:22__ A M
__10/15__, 20__14__
Deputy Clerk, U.S. District Court
Middle District of Georgia

## ORDER TO UNSEAL

After careful review of the Government=s Motion to Unseal, this Court deems it no longer necessary to protect the integrity of this investigation and that all documents relating to this motion and filed in the above-captioned matter should be unsealed.

IT IS ORDERED that the indictment and any other documents, including this Order, be unsealed until further order of this Court.

SO ORDERED, this __15__ day of October, 2014.

MARC T. TREADWELL
UNITED STATES DISTRICT COURT JUDGE

Presented by:

TAMARA JARRETT
ASSISTANT UNITED STATES ATTORNEY